IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

**EDWARD PORTER,**

Plaintiff,

Case No. 00-808 (ADM/AJB)

vs.

**BENCHMARK ELECTRONICS, INC.,**

Defendant.

**CONFIDENTIALITY AGREEMENT AND ORDER**

The parties to this action, Plaintiff Edward Porter and Defendant Benchmark Electronics, Inc., by their respective counsel, hereby stipulate and agree, and request that the Court enter a mutual protective order, as follows:

1. CONFIDENTIAL information includes any information, document or materials containing medical records, personnel information, diaries, financial records, or commercially sensitive business information, and which has been identified by either party as "CONFIDENTIAL" as specified below. Such designation shall subject the information produced or provided under said designation to the provisions of this Confidentiality Agreement.

2. Any writing produced by any party or person in this litigation that contains CONFIDENTIAL information may be designated as "CONFIDENTIAL" by Plaintiff or Defendant by stamping the words "CONFIDENTIAL" on the face of the writing.

3. Plaintiff or Defendant may designate deposition testimony or any portion of deposition testimony as "CONFIDENTIAL" by advising the reporter and counsel of such designation during the course of the deposition or at any time thereafter. Portions of any deposition designated "CONFIDENTIAL" are to be filed with the Court under seal, bearing

FILED SEP 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

substantially the following designation: "Portions of this deposition were taken subject to a Confidentiality Agreement. These portions shall remain sealed until further agreement of the parties." Whenever any writing designated as "CONFIDENTIAL" is identified as an exhibit in connection with testimony given in this civil proceeding, it shall be so marked and separately filed under seal with the Court.

4. Plaintiff or Defendant may designate as "CONFIDENTIAL" specific responses to information requests by labeling the specific response "CONFIDENTIAL."

5. Whenever any writing, testimony, information or material designated as "CONFIDENTIAL" is used or submitted to the Court in conjunction with any filing or proceeding in this action, it shall be so marked and shall be filed separately under seal with the Court.

6. Except upon prior written consent of the party asserting "CONFIDENTIAL" treatment or upon further order of a court of competent jurisdiction, documents, testimony, information or material designated as "CONFIDENTIAL" shall be held in strict confidence and shall be used solely for the purposes of prosecution or defense of this civil proceeding. Access to "CONFIDENTIAL" documents, testimony, information or material shall be limited to:

a. Counsel for the respective parties, including in-house counsel and co-counsel (and employees of said counsel who are assisting in the prosecution or defense of this litigation);

b. Experts and consultants (including independent experts and consultants, and employees or clerical assistants of said experts) who are employed, retained or otherwise consulted by counsel or a party for the purpose of analyzing data, conducting studies or providing opinions to assist in such litigation; and

c. Parties, and on a need to know basis for purposes of this litigation, officers, employees or agents of the parties.

7. "CONFIDENTIAL" documents, testimony, information or material shall not be disclosed to any expert or consultant (as defined in paragraph 6(b)) unless and until such person has signed and returned to all counsel a written agreement, appended hereto as EXHIBIT A, that he/she agrees to be bound by the terms of this Confidentiality Agreement.

8. No party shall, for himself or itself or for any person or persons acting on his or its behalf, make more copies of any "CONFIDENTIAL" information or material than are reasonably necessary to conduct this civil proceeding.

9. Except as otherwise provided for in this Confidentiality Agreement, all "CONFIDENTIAL" information and material shall remain in the possession of counsel for the respective parties, and be stored in a secure place.

10. If Plaintiff or Defendants object to the designation of any document, testimony, information or material as "CONFIDENTIAL," the party may, by noticed motion, apply to the Court for a ruling that the document, testimony, information or material shall not be so treated. Unless and until the Court enters an order to the contrary, the documents, testimony, information or material shall be given the "CONFIDENTIAL" treatment initially assigned to it and provided for in this Confidentiality Agreement.

11. Should any party hereto seek to utilize any "CONFIDENTIAL" document, testimony, information or material at the hearing of this matter, she or it shall meet with counsel for the opposing party in an effort to agree upon a procedure to insure the confidentiality of such document, testimony, information or material. In the event counsel are unable to reach agreement, the matter will be submitted to the Court for resolution.

12. Upon termination of this litigation, all copies of "CONFIDENTIAL" documents, testimony, information or material (and all summaries thereof) shall be returned to counsel for the producing party(ies).

13. This Confidentiality Agreement may be modified or amended by written agreement of the parties or by further order of the Court for good cause shown.

Dated: ~~August 22~~, 2000
September 7, 2000

**HALUNEN & NESS, LLP**

~~Clayton Halunen~~ (#219721)
HALUNEN & NESS LLP
155 Fifth Avenue South, Suite 810
Minneapolis, MN 55401

**ATTORNEY FOR PLAINTIFF**

Dated: ~~August 22, 2000~~
September 7, 2000

**LITTLER MENDELSON, P.C.**

Martha J. Keon (#255257)
LITTLER MENDELSON, P.C.
Multifoods Tower, Suite 3110
33 South Sixth Street
Minneapolis, MN 55402-3716
Telephone: (612) 630-1000
Facsimile: (612) 630-9626

G. Mark Jodon
LITTLER MENDELSON, P.C.
Chevron Tower, Suite 1900
1301 McKinney Street
Houston, TX 77010
Telephone: (713) 951-9400
Facsimile: (713) 951-9212

**ATTORNEYS FOR DEFENDANT**

**SO ORDERED:**

Dated this 26th day of September, 2000.

**BY THE COURT:**

Arthur J. Boylan, U.S. Magistrate Judge

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

**EDWARD PORTER,**

Plaintiff, Case No. 00-808 (ADM/AJB)

vs.

**BENCHMARK ELECTRONICS, INC.,**

**CONFIDENTIALITY AGREEMENT AND ORDER**

Defendant.

---

I acknowledge that I have read and understand the CONFIDENTIALITY AGREEMENT AND ORDER entered in the above-referenced matter, and I agree to abide by its terms and conditions. I also understand that any violation of said Order by me or anyone acting under my direction may subject me to penalties for contempt of court.

Dated: ________________.

________________________________
Signature

________________________________
Name (Printed)

________________________________
Address

________________________________

MINNEAPOLIS:17964.1 032818.1005
08/22/00

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

## Clerks Notice In Re: Protective Order

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.