IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Case No. 00-808- (ADM/AJB)

EDWARD PORTER,

Plaintiff,

vs.

BENCHMARK ELECTRONICS, INC,

Defendant.

**STIPULATION FOR DISMISSAL**

**IT IS HEREBY STIPULATED** by and between Plaintiff Edward Porter, through his counsel, Clayton D. Halunen and Defendant Benchmark Electronics, Inc., through its attorney, Martha J. Keon, that Plaintiff's Complaint against Defendant may be and the same hereby is dismissed with prejudice and without costs or any other relief to any party.

HALUNEN & NESS, LLP.

Dated this 20th day of December, 2000.

Clayton D. Halunen
155 5th Avenue South
Suite 810
Minneapolis, MN 55401
(612) 313-0157

LITTLER MENDELSON

Dated this 20 day of December, 2000.

Marth J. Keon
33 South Sixth Street
Suite 3440
Minneapolis, MN 55402
(612) 313-7609

FILED DEC 29 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT [illegible]
DEPUTY CLERK

**ORDER**

Upon the basis of the above Stipulation, it is hereby ORDERED that the claims for relief herein may be and the same hereby are dismissed with prejudice and without costs or any other relief to any party.

Dated: 12/29/00

Judge of District Court